## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF MICHIGAN-SOUTHERN DIVISION

LAURA STAPLETON,                             Case No.: 2:22-cv-12902
An individual,                               Hon. Matthew F. Leitman

     Plaintiff,

v.

ZF ACTIVE SAFETY US, INC.,
A domestic, for-profit corporation,

     Defendant.

_____/

| | |
|---|---|
| Eric I. Frankie (P47232) | Thomas J. Davis (P78626) |
| Attorney for Plaintiff | Kienbaum Hardy |
| 535 Griswold St., Suite 111-542 | Attorney for Defendant |
| Detroit, MI 48226 | 280 N. Old Woodward Ave. |
| (248) 219-9205 | Ste. 400 |
| ericfrankie26@yahoo.com | Birmingham, MI 48009 |
| | (248) 645-0000 |

_____/

### PLAINTIFF LAURA STAPLETON'S NOTICE OF VOLUNTARY DISMISSAL OF CASE PURSUANT TO FRCP 41

Plaintiff Laura Stapleton, by and through her attorney Eric I. Frankie, hereby

voluntarily dismisses her case without prejudice pursuant to F.R.C.P. 41.

                                  Respectfully submitted,

Dated: February 28, 2023           By:_____s/Eric I. Frankie_____
                                    Eric I. Frankie (P47232)
                                    Attorney for Plaintiff
                                    535 Griswold, Suite 111-542

1

Detroit, MI 48226
(248) 219-9205

## **CERTIFICATE OF SERVICE**

I, Eric I. Frankie, certify that on February 28, 2023 the foregoing instrument

and this Certificate of Service were served on all counsel of record by electronic

filing with the Court's ECF filing system.

_____/s/Eric I. Frankie_____