UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

LAURA STAPLETON,

      Plaintiff,                          Case No. 22-cv-12902
                                                 Hon. Matthew F. Leitman

v.

TRW AUTOMOTIVE, et al.,

      Defendants.
_____/

## ORDER DISMISSING CASE

Pursuant to the Notice of Voluntary Dismissal Without Prejudice by Plaintiff, this case is DISMISSED without prejudice.

**IT IS SO ORDERED.**

                                                 s/Matthew F. Leitman
                                                 MATTHEW F. LEITMAN
                                                 UNITED STATES DISTRICT JUDGE

Dated: March 1, 2023

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on March 1, 2023, by electronic means and/or ordinary mail.

                                                 s/Holly A. Ryan
                                                 Case Manager
                                                 (313) 234-5126